INTAKE COPY

# FILING FEE RECEIPT COPY

```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 5
Receipt Number: 500056945
Cashier ID: nmartin
Transaction Date: 02/26/2021
Payer Name: ANDRES R CANO
----------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: AMANDA WOOD
 Amount:         $402.00
----------------------------------
PAPER CHECK
 Check/Money Order Num: 300
 Amt Tendered:   $402.00
----------------------------------
Total Due:       $402.00
Total Tendered:  $402.00
Change Amt:      $0.00

AMANDA WOOD V. CITY OF SAN ANTONIO,
ET AL. 5:21-CV-187.
```